UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | S E A L E D |
| | ) | |
| v. | ) | CR No. 05-60129-AA |
| | ) | |
| SARAH KENDALL HARVEY, aka | ) | INDICTMENT |
| Kendall Tankersley and Sarah | ) | |
| Kendall Schectman, | ) | [18 U.S.C. §§ 844(i) & 2] |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about December 22, 1998, at Medford, Jackson County, in the District of Oregon, defendant SARAH KENDALL HARVEY, aka Kendall Tankersley and Sarah Kendall Schectman, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the attempt to damage or destroy, by means of fire and an explosive, a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, an office building and its contents at U.S. Forest Industries, 2611 Whittle Avenue, Medford, Jackson County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Page 1 -    INDICTMENT

## COUNT 2

On or about December 27, 1998, at Medford, Jackson County, in the District of Oregon, defendant SARAH KENDALL HARVEY, aka Kendall Tankersley and Sarah Kendall Schectman, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging or destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, an office building and its contents at U.S. Forest Industries, 2611 Whittle Avenue, Medford, Jackson County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Dated this 16th day of November, 2005.

A TRUE BILL.

/s/ Grand Jury Foreperson

OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

JOHN C. RAY, OSB #72319
Assistant United States Attorney

KIRK A. ENGDALL, OSB #81215
Assistant United States Attorney

STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -    INDICTMENT